# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Santiago Abreu, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>2M2YMBaker, Inc. dba Old Town Pub and Restaurant,<br><br>Defendants. | **Case No.:** 1:16-cv-01599-MSK-MEH<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Santiago Abreu hereby voluntarily dismisses this action with prejudice.

**Chastain & Afshari, LLP**

Attorney for Plaintiff
6909 West Ray Road, Suite 21-16
Chandler, Arizona 85226
Telephone: (480) 382-7269
Fax: (480) 999-0665
Email: cna@cnalawgroup.com

BY:     s/Afshin Afsharimehr
        Afshin Afsharimehr
        Colorado Bar No. 47294

1